IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LITTLE TIKES COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-540 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| JACQUELINE ANN MEYERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Defendant George Retos's Motion to Dismiss (**Doc. 6**) is **DENIED**. Defendant's argument that Plaintiff did not attach the operative agreements to the Complaint is without merit. "A plaintiff is not required to attach the subject contract to the complaint." Mutual Indus., Inc. v. Amer. Int'l Indus., 2011 WL 4836195, *4 n.3 (E.D. Pa. Oct. 11, 2011) (collecting cases, citation to quoted source omitted). Furthermore, Defendant's arguments regarding Plaintiff's dealings with the bankruptcy trustee fail to show that Plaintiff has not stated plausible claims for relief. At best, Defendant's arguments may be relevant on summary judgment, and, even for that purpose, Plaintiff has presented persuasive counter-arguments.

Defendant has not identified appropriate grounds for seeking dismissal under Rule 12(b)(6), and his arguments summarily are rejected for the reasons stated above.

IT IS SO ORDERED.

January 13, 2015                                              s\Cathy Bissoon
                                                                                             Cathy Bissoon
                                                                                             United States District Judge

cc (via ECF email notification):

All Counsel of Record